| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RENEE ESTELLE SANDERS<br>LAW OFFICES OF RENEE ESTELLE SANDERS<br>225 S Lake Avenue, Suite 300<br>Pasadena, CA 9110101-3009<br><br>Ofc: 213-258-5098<br>Fax: 213-380-5903<br><br>E-Mail: reneesandlaw@@gmail.conm<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor, Isabell Shisler | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re: | CASE NO.: 2:19-bk-22772-WB<br>CHAPTER: 13 |
|---|---|
| SHISLER, Isabell<br><br>Debtor(s) | **DECLARATION OF CONTRIBUTION TO CHAPTER 13 PLAN**<br>**[LBR 3015-1(c)(3)]** |

1. I, Bryan B. Shisler, (Contributor) will contribute $ 12,000.10 (Contribution) every month to the Debtor and I will continue to make this Contribution each month that the Debtor remains in bankruptcy, which may be up to 5 years.
2. My relationship to the Debtor is: her son.
3. My reason for making this Contribution is: The real property my mother is trying to save through her Chapter 13 is very important to our family and I will help her to save it from foreclosure.
4. The source of my Contribution is: my employment.
5. Proof of my income for the past 60 days is attached.
6. I have the financial ability to make this contribution in addition to paying my own separate monthly expenses and obligations.
7. I do not foresee any change in my financial circumstances that will inhibit my ability to make this Contribution for the duration of the Debtor's Chapter 13 Plan, which may last for 5 years.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, CA on (*date*) 12/11/2019

Byran R. Shisler
*Printed name of Contributor*

Byran R. Shisler
*Signature of Contributor*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009

A true and correct copy of the foregoing document entitled: **DECLARATION OF CONTRIBUTION TO CHAPTER 13 PLAN [LBR 3015-1(c)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/11/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL:
On (*date*) 12/11/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia W. Brans
U S Bankruptcy Court
255 E. Temple Street, Court room 1375
Los Angeles, CA 9012

☒ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/11/2019 | Ollie P. Manago | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |